UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JOSEPH GLENN FLORENCE,**

    Plaintiff,

v.                                       Case No. 8:13-CV-683-T-35MAP

**THE CITY OF LAKELAND, FLORIDA,
ROGER BOATNER, LISA WOMACK,
HEATHER M. FREEMAN
and NICHOLAS IVANCEVIC,**

    Defendants.
_____/

## STATUS REPORT OF MEDIATION

In accordance with the Court's Order of December 9, 2015, the undersigned counsel for the Plaintiff advises the Court that all parties and their counsel participated in mediation on December 10, 2015. At the end of the mediation, Mediator Reynolds Allen declared an impasse.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 11, 2015, I electronically filed this document with the Clerk of the Court by using the CM/ECF system, which will electronically send a copy Jonathan B. Trohn, Esq., Valenti Campbell, PO Box 2369, Lakeland, FL 33806-2369.

                                                        /s/  Robert F. McKee
                                                        ROBERT F. McKEE
                                                        Florida Bar Number 295132
                                                        yborlaw@gmail.com
                                                         ROBERT F. McKEE, P.A.
                                                        1718 E. 7th Ave., Suite 301
                                                         Tampa, FL 33605
                                                        (813) 248-6400
                                                        (813) 248-4020 (Fax)
                                                        Secondary email: bdjarnagin@gmail.com