**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**JOSEPH GLENN FLORENCE,**

    **Plaintiff,**

v.                                       **Case No: 8:13-cv-683-T-35MAP**

**CITY OF LAKELAND, FLORIDA,
HEATHER M. FREEMAN, and
NICHOLAS IVANCEVIC,**

    **Defendants.**

## ORDER SETTING HEARING

Pursuant to the Court's Order granting in part and holding in abeyance in part the Defendants' Motion for Summary Judgment, and the Plaintiff's Status Report Regarding Mediation informing the Court that the parties have reached an impasse, (Dkts. 60 & 61), it is **ORDERED** as follows:

1. This matter is set for hearing on the Defendants' Motion for Summary Judgment, specifically Counts I and II of the Second Amended Complaint, on **Monday, December 21, 2015 at 10:00 a.m**. in the Sam Gibbons United States Courthouse, Tampa, Florida, Courtroom 10B, before United States District Judge Mary S. Scriven; Two (2) hour have been reserved.

2. The Court will also be conducting a **Final Pretrial Conference** immediately thereafter. The Parties should be prepared to address the following:

    a. any pending motion(s);

    b. joint pretrial statement including attachments;

    c. estimated length of trial and any scheduling concerns;

    d. and any other matters that may facilitate the just, speedy, and inexpensive disposition of the action during trial.

3. **ALL PARTIES, INCLUDING PLAINTIFF, OFFICERS, CLIENT REPRESENTATIVE, INSURANCE REPRESENTATIVES, LEAD TRIAL COUNSEL AND LOCAL COUNSEL** for each party, together with any unrepresented party, **MUST ATTEND** the hearing **IN PERSON**.

4. Should the Parties resolve the matter in whole or in part such that a hearing is not required, they shall immediately notify the Court so that the hearing may be canceled.

5. All persons entering the Courthouse must present photo identification to Court Security Officers.

6. Counsel are permitted to bring into the courthouse electronic devices in accordance with the procedures set forth in the standing Order of this Court: In re: Possession and Use of Personal Electronic Devices in Federal Courthouses in the Middle District of Florida, 6:13-mc-94-Orl-22 (October 1, 2013). Litigants, whether *pro se* or represented by counsel, may only be permitted to bring electronic devices into the courthouse upon a filing of an appropriate motion.

**DONE and ORDERED** in Tampa, Florida, this 14th day of December, 2015.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party