**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**JOSEPH GLENN FLORENCE,**

    Plaintiff,

v.                                                  Case No: 8:13-cv-0683-MSS-MAP

**THE CITY OF LAKELAND, FLORIDA,**
**HEATHER M. FREEMAN and**
**NICHOLAS IVANCEVIC,**

    Defendants.
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On December 18, 2015, the Parties advised the Court that the above-captioned case has settled. Therefore, it is hereby

**ORDERED** that pursuant to Rule 3.08 (b) of the Local Rules of the United States District Court for the Middle District of Florida, this case is **DISMISSED WITHOUT PREJUDICE**, subject to the right of the Parties, within sixty (60) calendar days from the date of this Order, to submit a final stipulation of dismissal, should they so choose, or for any party to reopen the case, **upon good cause shown**. After the sixty (60)-day period, the dismissal shall be with prejudice. Any pending motions are **DENIED** as moot. The hearing in this matter scheduled for December 21, 2015 is **CANCELLED**. The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida, this 18th day of December, 2015.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person