UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSEPH GLENN FLORENCE,

    Plaintiff,

v.
                                        Case No. 8:13-cv-683-T-35MAP

THE CITY OF LAKELAND, FLORIDA;
HEATHER M. FREEMAN; and
NICHOLAS IVANCEVIC,

    Defendants.
_____/

## STIPULATION TO DISMISS

    Plaintiff and Defendant, by their undersigned attorneys, hereby agree and stipulate to the dismissal of Plaintiff's claims against Defendant with prejudice to the claims of the Plaintiff on the ground that the matter in controversy between the parties has been amicably settled.

_____  
JONATHAN B. TROHN, ESQ.  
Florida Bar No. 0880558  
1701 S. Florida Avenue  
Lakeland, FL 33803  
(863) 686-0043  
Attorney for Defendants

_____  
ROBERT F. MCKEE, ESQ.  
Florida Bar No. 295132  
1718 E. 7th Avenue, Ste 301  
Tampa, FL 33605  
(813) 248 6400  
Attorney for Plaintiff

DATED this 2nd day of February, 2016.