UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSEPH GLENN FLORENCE,

   Plaintiff,

v.                                          Case No: 8:13-cv-683-T-35MAP

CITY OF LAKELAND, FLORIDA,
HEATHER M. FREEMAN, and
NICHOLAS IVANCEVIC,

   Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Parties' Stipulation to Dismissal with Prejudice, (Dkt. 67) and pursuant to Fed.R.Civ. P. 41, it is hereby

**ORDERED** that this case is **dismissed with prejudice.** The **Clerk** is directed to terminate any pending motions and **CLOSE** this case.

**DONE and ORDERED** in Tampa, Florida, this 10th day of February, 2016.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party